1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Defendant,*
   *SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SMOKE RANCH MAINTENANCE DISTRICT, a Domestic Non-Profit Corporation; and RED ROCK FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-00716-RFB-NJK<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

## **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)**

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that Plaintiff THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS

1  TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11,
2  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11 ("BNYM" or "Bank"), an
3  out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or more persons, to be filed with the clerk, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action" or "in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is required, or of an order for new or additional security, upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS 18.130(4).

"It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp*., 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Here BNYM is not a Nevada citizen, but rather a national banking association organized under the laws of the United States, with its principal place of business located in New York. Accordingly, SFR demands that the Bank post a $500 cost bond within thirty (30) days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within thirty (30) days, SFR requests this action be dismissed.

DATED this  13th  day of April, 2017.

**KIM GILBERT EBRON**

By: */s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

**GRANTED.**  Security shall be posted within 7 days of the issuance of this order.  IT IS SO ORDERED.
Dated:  April 14, 2017

_____
United States Magistrate Judge