1　MARC S. CWIK, ESQ.
　　Nevada Bar No. 06946
2　BRADLEY M. MARX, ESQ.
　　Nevada Bar No. 012999
3　**LEWIS BRISBOIS BISGAARD & SMITH LLP**
　　6385 S. Rainbow Boulevard, Suite 600
4　Las Vegas, Nevada 89118
　　PH:　(702) 893-3383
5　FAX:　(702) 893-3789
　　E-Mail: Marc.Cwik@lewisbrisbois.com
6　E-mail: Bradley.Marx@lewisbrisbois.com

7　*Attorneys for Defendant*
　　*Smoke Ranch Maintenance District*

8

　　　　　　　　UNITED STATES DISTRICT COURT

9

　　　　　　　　　　DISTRICT OF NEVADA

10

11　THE BANK OF NEW YORK MELLON　　　　CASE NO.　2:17-cv-00716-RFB-NJK
　　F/K/A THE BANK OF NEW YORK AS
12　SUCCESSOR TO JPMORGAN CHASE
　　BANK, NOT INDIVIDUALLY BUT　　　　　**DEMAND FOR SECURITY OF COSTS**
13　SOLELY AS TRUSTEE FOR THE
　　HOLDERS OF THE BEAR STEARNS ALT-
14　A TRUST 2004-11, MORTGAGE PASS-
　　THROUGH CERTIFICATES, SERIES 2004-
15　11,

16　　　　　　　Plaintiff,

17　　　　vs.

18　SFR INVESTMENTS POOL, 1, LLC, a
　　Nevada Limited Liability Company; SMOKE
19　RANCH MAINTENANCE DISTRICT, a
　　Domestic Non-Profit Corporation; and RED
20　ROCK FINANCIAL SERVICES, LLC, a
　　Delaware Limited Liability Company,

21

　　　　　　　Defendants.
22

23

24　　　　　COMES NOW, Defendant SMOKE RANCH MAINTENANCE DISTRICT by and

25　through its attorneys of record, Marc S. Cwik, Esq., and Bradley M. Marx, Esq., of LEWIS

26　BRISBOIS BISGAARD & SMITH LLP, demands and requests securities from Plaintiff THE

27　BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO

28　JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE

2:17-cv-00716-RFB-NJK



HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11 ("New York Mellon"), non-residents of the State of Nevada, post a non-resident cost bond pursuant to Nevada Revised Statutes 18.130(1). This statute states, in pertinent part:

> (1) When a plaintiff in an action resides out of the state, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint. When so required, all proceedings in the action shall be stayed until an undertaking, executed by two or more persons, be filed with the clerk, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action, not exceeding the sum of $500; or in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the clerk of the court, subject to the same conditions as required for the undertaking. The plaintiff, upon filing the undertaking or depositing the security, shall notify the defendant of such filing or deposit, and the defendant, after receipt of such notice, shall have 10 days or the period allowed under N.R.C.P. 12(a), whichever is longer, in which to answer or otherwise plead to the complaint.

See, NRS 18.130(1).

In diversity cases in the United States District Court for the District of Nevada, demands for security costs pursuant to NRS 18.130 are enforced and Defendants do not have to include points and authorities. *Hamar v. Hyatt Corp.,* 98 F.R.D. 305 (D. Nev. 1983).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Based upon the above-cited authority and the mandatory requirements of NRS 18.130, Defendant SMOKE RANCH MAINTENANCE DISTRICT, demands that New York Mellon post the necessary security of costs of Five Hundred Dollars ($500.00) within thirty (30) days and that the proceedings be stayed until such bond is posted. Should New York Mellon fail to comply, SMOKE RANCH MAINTENANCE DISTRICT requests this action be dismissed.

DATED this 26th day of April, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Bradley M. Marx

MARC S. CWIK, ESQ.
Nevada Bar No. 06946
BRADLEY M. MARX, ESQ.
Nevada Bar No. 012999
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant*
*Smoke Ranch Maintenance District*

GRANTED.  Security shall
be posted within 7 days of
the issuance of this order.
IT IS SO ORDERED.
Dated: April 27, 2017

_____
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW