WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Successor to JPMorgan Chase Bank, not individually but solely as Trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, mortgage pass-through Certificates, Series 2004-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SMOKE RANCH MAINTENANCE DISTRICT, a Domestic Non-Profit Corporation; and RED ROCK FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: 2:17-cv-00716-RFB-NJK <br><br> **MOTION TO WITHDRAW NATALIE C. LEHMAN, ESQ. AS ATTORNEY OF RECORD** |

R. SAMUEL EHLERS, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Natalie C. Lehman, Esq. be withdrawn as counsel of record in the above-referenced matter. Natalie C. Lehman, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of August 28, 2018, and no longer represents Plaintiff, The Bank of New York Mellon fka The

Bank of New York as Successor to JPMorgan Chase Bank, not individually but solely as Trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, mortgage pass-through Certificates, Series 2004-11.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Successor to JPMorgan Chase Bank, not individually but solely as Trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, mortgage pass-through Certificates, Series 2004-11. For the reason that Ms. Lehman is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Natalie C. Lehman, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this 29th day of August, 2018.

                                              WRIGHT, FINLAY & ZAK, LLP

                                              */s/ R. Samuel Ehlers, Esq.*
                                              R. Samuel Ehlers, Esq.
                                              Nevada Bar No. 9313
                                              7785 W. Sahara Ave., Suite 200
                                              Las Vegas, NV 89117
                                              *Attorney for Plaintiff/Counter-Defendant*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Natalie C. Lehman, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED Dated: August 30, 2018

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE