# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br>    Plaintiff(s),<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-00716-RFB-NJK<br>**Order**<br>[Docket No. 60] |

Plaintiff filed a notice of acknowledgment of inspection of documents. Docket No. 60. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced-document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1