K<small>AREN</small> L. H<small>ANKS</small>, E<small>SQ</small>.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
C<small>HANTEL</small> M. S<small>CHIMMING</small>, E<small>SQ</small>.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
H<small>ANKS</small> L<small>AW</small> G<small>ROUP</small>
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>                    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SMOKE RANCH MAINTENANCE DISTRICT, a Domestic Non-Profit Corporation; and RED ROCK FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company,<br><br>                    Defendants. | Case No. 2:17-cv-00716-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Counter/Cross Claimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11; MORTGAGE ELECTRONIC | |

- 1 -

REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR REALTY MORTGAGE CORPORATION; E*TRADE BANK; THE JOAN GLORIA BOHNET LIVING TRUST DATED SEPTEMBER 2, 2004,

                Counter/Cross Defendants.

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January, 2022.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin___*

*Its: Manager*

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

1  The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.
Dated: February 1, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 3 -