WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, The Bank of New York Mellon fka The Bank of New York as Successor to JPMorgan Chase Bank, not individually but solely as Trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, mortgage pass-through Certificates, Series 2004-11; and Mortgage Electronic Registration Systems, Inc. as nominee for Realty Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SMOKE RANCH MAINTENANCE DISTRICT, a Domestic Non-Profit Corporation; and RED ROCK FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company, <br><br> Defendants. <br><br> AND RELATED CLAIMS. | Case No.:   2:17-cv-00716-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant, The Bank of New York Mellon fka The Bank of New York as Successor to JPMorgan Chase Bank, not individually but solely as Trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, mortgage pass-

1

1   through Certificates, Series 2004-11 ("BONY") hereby gives notice that Dana Jonathon Nitz,

2   Esq., Aaron D. Lancaster, Esq., Brody R. Wight, Esq., Natalie C. Lehman, Esq., and Richard

3   Samuel Ehlers, Esq. are no longer attorneys associated with the law firm of Wright, Finlay & Zak,

4   LLP, and therefore no longer need to receive notice related to this case. Wright Finlay & Zak,

5   LLP will continue to represent BONY and requests that Christina V. Miller, Esq. be replaced as

6   counsel of record and receive all future notices.

7       DATED this 1st day of February, 2022.

8                        WRIGHT, FINLAY & ZAK, LLP

9

10                       */s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448

11                       7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

12                       *Attorneys for Plaintiff/Counter-Defendant, The*

13                       *Bank of New York Mellon fka The Bank of New*
*York as Successor to JPMorgan Chase Bank, not*

14                       *individually but solely as Trustee for the holders of*
*the Bear Stearns ALT-A Trust 2004-11, mortgage*

15                       *pass-through Certificates, Series 2004-11; and*

16                       *Mortgage Electronic Registration Systems, Inc. as*
*nominee for Realty Mortgage*

17                       *Corporation*

18

19

20    IT IS SO ORDERED.
Dated:  February 2, 2022

21    .

22    .

23    _____
Nancy J. Koppe
United States Magistrate Judge

24

25

26

27

28

2